1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES E. WALDON,

11              Plaintiff,                    No. CIV S-06-2139 MCE GGH P

12        vs.

13   OFFICER RAMIREZ, et al.,

14              Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16              By order filed March 9, 2007, the court granted plaintiff thirty days to file an

17   amended complaint.  In the March 9th order, the court informed plaintiff of the deficiencies in

18   his complaint.  The thirty day period has now expired, and plaintiff has not filed an amended

19   complaint or otherwise responded to the court's order.

20              For the reasons given in the March 9, 2007, order, IT IS HEREBY

21   RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed.

22   R. Civ. P. 41(b).

23              These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

25   twenty days after being served with these findings and recommendations, plaintiff may file

26   written objections with the court.  The document should be captioned "Objections to Magistrate

                                            1

1   Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

2   within the specified time may waive the right to appeal the District Court's order.

3   DATED:  5/15/07

                                       /s/ Gregory G. Hollows

                                     _____

                                     GREGORY G. HOLLOWS

                                     UNITED STATES MAGISTRATE JUDGE

GGH:035
wald2139.fta

2